UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

          Plaintiff,

    v.

MARGARITA MOTEL, et al.,

          Defendants.

Case No. 25-cv-09485-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Re: ECF No. 2

Plaintiff Jerome L. Grimes filed this *pro se* civil rights complaint on November 5, 2025. ECF No. 1. The complaint is largely unintelligible, but appears to name defendants located in Banning, California, where Grimes is also located. *See id.* at 7. Banning is located within the Eastern Division of the Central District of California. *See* 28 U.S.C. § 84(c)(1). Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2). This matter is therefore **DISMISSED WITHOUT PREJUDICE** to Grimes filing his case in the appropriate venue. The Clerk shall terminate all pending motions, close the file, and send Grimes a copy of his complaint with his copy of this order.

    **IT IS SO ORDERED.**

Dated: January 28, 2026

_____
EDWARD M. CHEN
United States District Judge